UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cr-60100-Williams/Hunt
18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2253(a)

FILED BY SM D.C.
Apr 21, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES OF AMERICA

vs.

GABRIEL JOSE QUEZADA DE JESUS,

Defendant.
_______________________________/

# INDICTMENT

The Grand Jury charges that:

## COUNT 1
## Attempted Production of Visual Depictions Involving Sexual Exploitation of Minors
## (18 U.S.C. § 2251(a) and (e))

From on or about May 2024, and continuing through on or about November 2024, in Broward County, in the Southern District of Florida, the defendant,

**GABRIEL JOSE QUEZADA DE JESUS,**

did attempt to employ, use, persuade, induce, entice, and coerce a minor, that is Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction having been produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

**COUNT 2**

**Attempted Production of Visual Depictions Involving Sexual Exploitation of Minors (18 U.S.C. § 2251(a) and (e))**

From on or about May 2024, and continuing through on or about November 2024, in Broward County, in the Southern District of Florida, the defendant,

**GABRIEL JOSE QUEZADA DE JESUS,**

did attempt to employ, use, persuade, induce, entice, and coerce a minor, that is Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction having been produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

**COUNT 3**

**Attempted Production of Visual Depictions Involving Sexual Exploitation of Minors (18 U.S.C. § 2251(a) and (e))**

On or about August 11, 2024, in Broward County, in the Southern District of Florida, the defendant,

**GABRIEL JOSE QUEZADA DE JESUS,**

did attempt to employ, use, persuade, induce, entice, and coerce a minor, that is Minor Victim 3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction having been produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 4

**Possession of Visual Depictions Involving Sexual Exploitation of Minors
(18 U.S.C. § 2252(a)(4)(B))**

On December 9, 2024, at Port of Miami, in Miami-Dade County, in the Southern District of Florida, the defendant,

**GABRIEL JOSE QUEZADA DE JESUS,**

did knowingly possess matter, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2251(a) and (e).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **GABRIEL JOSE QUEZADA DE JESUS**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2251 and/or 2252, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a):

a. any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18,

United States Code, Chapter 110;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 2253(b).

A TRUE BILL

FOREPERSON

FOR BRUCE O. BROWN

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

CAMILLE C.T. SMITH
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.:** 26-cr-60100-Williams/Hunt

**v.**

Gabriel Jose Quezada De Jesus
______________________________/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No)_____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami ☐ Key West ☐ FTP
☑ FTL ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: __________
4. This case will take 2 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) |
|---|---|---|
| I | ☑ 0 to 5 days | ☐ Petty |
| II | ☐ 6 to 10 days | ☐ Minor |
| III | ☐ 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ 21 to 60 days | ☑ Felony |
| V | ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge __________ Case No. __________
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge __________ Magistrate Case No. __________
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge __________ Case No. __________
9. Defendant(s) in federal custody as of __________
10. Defendant(s) in state custody as of __________
11. Rule 20 from the __________ District of __________
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: ______________________________
Camille C.T. Smith
Assistant United States Attorney
FL Bar No. 116927

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: Gabriel Jose Quezada De Jesus

**Case No**: 26-cr-60100-Williams/Hunt

Counts #: 1 - 3

Attempted Production of Visual Depictions Involving the Sexual Exploitation of Minors

Title 18, United States Code, Section 2251(a) and (e)

* **Max. Term of Imprisonment:** 30 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** Life
* **Max. Fine:** $250,000

Count #: 4

Possession of Visual Depictions Involving the Sexual Exploitation of Minors

Title 18, United States Code, Section 2252(a)(4)(B)

* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life
* **Max. Fine:** $250,000

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**